[No. 28058-9-I.   Division One.   March 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
D. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06527-4, Robert E. Dixon, J., entered

March 13, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis, A.C.J., and Grosse, J.